**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 08-9-DLB**

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

**VS.**                                                 **ORDER**

**JAMES MICHAEL JOHNSON**                                       **DEFENDANT**

                                                    ********************

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of four (4) months imprisonment, to be followed by a reimposed term of ten (10) years of supervised release. (Doc. # 42). During the final revocation hearing conducted by Magistrate Judge Atkins on June 5, 2012, Defendant orally stipulated to committing all of the alleged violations as described in the Supervised Release Violation Report (Doc. # 36).

Defendant having executed a waiver of his right to allocution (Doc. # 39), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 42) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **FOUR (4) MONTHS**, to be followed by a reimposed term of **TEN (10) YEARS** of supervised release; and

(5) A Judgment shall be entered contemporaneously herewith.

This 26th day of June, 2012.

Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-9 Order adopting R&R.wpd